# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| VICTORIA SNYDER <br><br> Plaintiff, <br><br> v. <br><br> UNITED COLLECTION BUREAU, INC. <br><br> Defendant. | Case No. 18-cv-00018-PLM-RSK <br><br> Hon. Paul L. Maloney |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, Victoria Snyder, by and through her undersigned counsel, who hereby informs the Court that a settlement has been reached in this case. Plaintiff anticipates filing a dismissal within the next 45 days. Plaintiff requests that this Court adjourn all dates currently set for this case.

Respectfully submitted,

GOLDEN LAW OFFICES, P.C.

September 12, 2018

/s/ B. Thomas Golden
B. Thomas Golden (P70822)
Attorney for the Plaintiff
318 E. Main St., Ste. L
P.O. Box 9
Lowell, Michigan 49331
Telephone: (616) 897-2900
btg@bthomasgolden.com