## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| VICTORIA SNYDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 1:18-cv-00018-PLM-RSK |
| ) | Hon. Paul L. Maloney |
| UNITED COLLECTION BUREAU, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

THIS DAY CAME Plaintiff Victoria Snyder ("Plaintiff"), by counsel, and Defendant United Collection Bureau, Inc. ("UCB"), by counsel, and upon their stipulation and agreement to dismiss, with prejudice, the above-entitled action;

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Plaintiff and UCB, it be and hereby is

**ORDERED**, **ADJUDGED** and **DECREED** that the above-entitled action is hereby DISMISSED WITH PREJUDICE, and without attorney's fees and costs against any party.

**SO ORDERED** this _____ day of _____, ____

_____
**HONORABLE PAUL L. MALONEY**
**UNITED STATES DISTRICT COURT JUDGE**

36378531

WE ASK FOR THIS:

| | |
|---|---|
| /s/ B. Thomas Golden | /s/ Ethan G. Ostroff |
| GOLDEN LAW OFFICES, P.C. | TROUTMAN SANDERS LLP |
| 318 E. Main St., Ste. L, P.O. Box 9 | 222 Central Park Avenue, Suite 200 |
| Lowell, Michigan 49331 | Virginia Beach, Virginia 23462 |
| Tel: (616) 897-2900 | Tel: (212) 704-6227 |
| Fax: (616) 706-2907 | Fax: (212) 704-6288 |
| Email: btg@bthomasgolden.com | Email: stephen.steinlight@troutman.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 7th day of November, 2018, the foregoing *STIPULATION OF DISMISSAL WITH PREJUDICE* was filed using the Court's electronic filing system, which will send notice to all counsel of record.

Dated: November 7, 2018

                                        /s/ B. Thomas Golden