UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| VICTORIA SNYDER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED COLLECTION BUREAU, INC., )<br>)<br>Defendant. )<br>)<br>_____ ) | Case No: 1:18-cv-00018-PLM-RSK<br>Hon. Paul L. Maloney |

### STIPULATION OF DISMISSAL WITH PREJUDICE

THIS DAY CAME Plaintiff Victoria Snyder ("Plaintiff"), by counsel, and Defendant United Collection Bureau, Inc. ("UCB"), by counsel, and upon their stipulation and agreement to dismiss, with prejudice, the above-entitled action;

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Plaintiff and UCB, it be and hereby is

**ORDERED**, **ADJUDGED** and **DECREED** that the above-entitled action is hereby DISMISSED WITH PREJUDICE, and without attorney's fees and costs against any party.

**SO ORDERED** this   8th   day of  November , 2018

  /s/  Paul L. Maloney
**HONORABLE PAUL L. MALONEY**
**UNITED STATES DISTRICT COURT JUDGE**

WE ASK FOR THIS:

| | |
|---|---|
| /s/ B. Thomas Golden | /s/ Ethan G. Ostroff |
| GOLDEN LAW OFFICES, P.C. | TROUTMAN SANDERS LLP |
| 318 E. Main St., Ste. L, P.O. Box 9 | 222 Central Park Avenue, Suite 200 |
| Lowell, Michigan 49331 | Virginia Beach, Virginia 23462 |
| Tel: (616) 897-2900 | Tel: (212) 704-6227 |
| Fax: (616) 706-2907 | Fax: (212) 704-6288 |
| Email: btg@bthomasgolden.com | Email: stephen.steinlight@troutman.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |